UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:20-cv-00318

———

**Octavia Thomas,**
*Plaintiff,*

v.

**124th District Court,**
*Defendant.*

———

**ORDER**

Plaintiff Octavia Thomas, formerly confined within the Gregg County Jail and proceeding pro se, filed this lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love.

On October 24, 2022, the magistrate judge issued a report recommending that plaintiff's lawsuit be dismissed for plaintiff's failure to comply with an order of the court and to prosecute her case. Doc. 10. The magistrate judge further recommended that the statute of limitations be suspended for a period of sixty days from the date of final judgment. *See Campbell v. Wilkinson*, 988 F.3d 798, 801 n.1 (5th Cir. 2021). A copy of this report was sent to plaintiff at her last-known address. However, the report was returned as "undeliverable," (Doc. 12) and plaintiff failed to file a notice of a change of address.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation.

Plaintiff's lawsuit is dismissed for plaintiff's failure to comply with an order of the court and to prosecute her case. The statute of limitations is suspended for a period of sixty days from the date

of final judgment. All motions pending in this civil action are denied.

*So ordered by the court on November 29, 2022.*

_____

J. CAMPBELL BARKER
United States District Judge